FILED BY _____ D.C.

05 SEP 27 PM 3: 57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

FILED BY _____ D.C.

2005 SEP 27 AM 10: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RACQUEL WASHINGTON,

    Defendant.

Criminal No. 03-20470

MOTION GRANTED

Sentencing RESET to Tuesday, Oct. 4, 2005 at 8:45am

_/s/ Jon P. McCalla_
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

Sept. 27, 2005
DATE

## MOTION TO CONTINUE SENTENCING

Comes now undersigned counsel, and respectfully moves this Court to continue the sentencing of this matter for a short time. And states unto the Court as follows:

1. Sentencing is presently set for Wednesday, September 28, 2005 at 8:45 a.m.

2. The Defendant, who is in custody, is not scheduled to be returned to the Memphis, Shelby County area until Tuesday, September 27 in the afternoon.

3. The travel arrangements of the Defendant are such, that it will not give undersigned counsel sufficient time to meet with, and prepare for the sentencing hearing as presently scheduled.

4. Undersigned counsel does not want a long continuance on this matter, but it is necessary for the undersigned to have sufficient time to meet with, consult, and adequately represent the interest of the Defendant at the resentencing.

-1-

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-28-05



WHEREFORE, undersigned counsel respectfully moves this matter to be continued to enable adequate preparation for the resentencing.

Respectfully submitted,<br>
THE BOGATIN LAW FIRM, PLC<br><br>
By: _____<br>
Arthur E. Quinn, TN6245<br>
1661 International Pl. Dr., #300<br>
Memphis, TN 38120<br>
901-767-1234

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via hand delivery to Stephen Hall, Assistant U.S. Attorney, 8th Floor, Federal Building, Memphis, TN 38103, on this the 27 day of September, 2005.

_____
Arthur E. Quinn

H:\AEQ\Washington, Raquel\Motion to Contine Sentencing.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 89 in case 2:03-CR-20470 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT